09/04/2014



RECEIVED
SEP - 8 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Clerk of the Court
P.O. Box 9344
Des Moines, Ia. 50306-9344

To whom it may concern,

I have been directed to your address to request a copy of this Pre-Sentence Investigation.
Docket # 95-73   Case number 4:95-cr-00073-REL-1.   Date filed is 06/20/1995 and date
terminated 07/03/1996. Judge Ronald Longstaff.

Thank you very much for your help. I have left my number with Donell at 515 284 6248.
Just in case of any mix-up my name is.
Alan David Liebowitz
203 Santa Rosa Drive
Winter Haven, FL 33884
Phone number 863 318 0012



Jubowitz
203 Santa Rosa Dr.
Winter Haven, Fl. 33884

TAMPA FL 335
SAINT PETERSBURG FL
05 SEP 2014 PM6 L

Clerk of the Court
P.O. Box 9344
Des Moines, IA. 50306-9344

50306934444